

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
_EASTERN_ DIVISION

__DAVID KING__

(Name of the plaintiff or plaintiffs)

v.

__PRAXAIR INC.__

(Name of the defendant or defendants)

CIVIL ACTION

08CV5798
JUDGE ZAGEL
MAGISTRATE JUDGE ASHMAN

**FILED**
**FEBRUARY 23, 2009**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.
2. The plaintiff is __DAVID KING__ of the county of __WILL__ in the state of __ILLINOIS__.
3. The defendant is __PRAXAIR INC.__, who resides at (street address) __7000 HIGH GROVE BLVD.__
   (city) __Burr Ridge__ (county) __Dupage__ (state) __ILLINOIS__ (ZIP) __60527__
   (Defendant's telephone number) __(203) - 837-2276__
   Worldwide Headquarters

**RECEIVED**

OCT 0 9 2008 TC
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Oct 9, 2008

(Guide to Civil Cases for Litigants Without Lawyers: Page 43)

4) The plaintiff sought employment or was employed by the defendant at

(street address) 7000 HighGrove Blvd.

(city) Burr Ridge (county) Dupage (state) IL. (ZIP code) 60527

5. The plaintiff [check one box]

(a) ☐ was denied employment by the defendant.

(b) ☐ was hired and is still employed by the defendant.

(c) ☒ was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about,

(month) 01, (day) 01, (year) 2004.

7. (a) The plaintiff [check one box] ☐ has not filed a charge or charges against the defendant ☒ has asserting the acts of discrimination indicated in this complaint with any of the following government agencies:

(i) ☒ the United States Equal Employment Opportunity Commission on or about (month) 04 (day) 14 (year) 2008.

(ii) ☐ the Illinois Department of Human Rights on or about (month) _____ (day) _____ (year) _____.

(b) If charges *were* filed with an agency indicated above, a copy of the charge is attached. ☒ YES ☐ NO

It is the policy of both the Equal Employment Opportunity Commission and the Illinois Department of Human Rights to cross-file with the other agency all charges received. The plaintiff has no reason to believe that this policy was not followed in this case.

8. (a) ☐ the United States Equal Employment Opportunity Commission has not issued a *Notice of Right to Sue.*

(b) ☒ the United States Equal Employment Opportunity Commission has issued a *Notice of Right to Sue,* which was received by the plaintiff on (month) 08 (day) 27 (year) 2008 a copy of which *Notice* is attached to this complaint.

(Guide to Civil Cases for Litigants Without Lawyers: Page 44)

9. The defendant discriminated against the plaintiff because of the plaintiff's [check all that apply]

   (a) ☐ Age (Age Discrimination Employment Act).
   (b) ☐ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).
   (c) ☒ Disability (Americans with Disabilities Act)
   (d) ☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).
   (e) ☐ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).
   (f) ☐ Religion (Title VII of the Civil Rights Act of 1964)
   (g) ☐ Sex (Title VII of the Civil Rights Act of 1964)

10. The plaintiff is suing the defendant, a state or local government agency, for discrimination on the basis of race, color, or national origin (42 U.S.C. §1983).

    ☐ YES   ☒ NO

11. Jurisdiction over the statutory violation alleged is conferred as follows: over Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); over 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; over the A.D.E.A. by 42 U.S.C.§12117.

12. The defendant [check all that apply]

    (a) ☐ failed to hire the plaintiff.
    (b) ☒ terminated the plaintiff's employment.
    (c) ☐ failed to promote the plaintiff.
    (d) ☐ failed to reasonably accommodate the plaintiff's religion.
    (e) ☒ failed to reasonably accommodate the plaintiff's disabilities.
    (f) ☒ other (specify): _Subjected the plaintiff to different terms and conditions of employment._

    _Subjected the plaintiff to retaliation._

    _Subjected the plaintiff to a hostile and discrim-inatory work environment._

(Guide to Civil Cases for Litigants Without Lawyers: Page 45)

13. The facts supporting the plaintiff's claim of discrimination are as follows:

_See attached item #13 additional page._

14. [AGE DISCRIMINATION ONLY] Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15. The plaintiff demands that the case be tried by a jury.   ☒ YES   ☐ NO

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [check all that apply]

(a) ☐ Direct the defendant to hire the plaintiff.

(b) ☐ Direct the defendant to re-employ the plaintiff.

(c) ☐ Direct the defendant to promote the plaintiff.

(d) ☐ Find that the defendant failed to reasonably accommodate the plaintiff's religion.

(e) ☒ Find that the defendant failed to reasonably accommodate the plaintiff's disabilities.

(f) ☒ Direct the defendant to (specify): _Require all employees to obtain workplace discrimination training._

(g) ☒ If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

Item # 13   additional page

a) I was injured in an automobile accident in 2004 that my employer was made aware of at that time.

b) This injury damaged my cervical spine (C5-C6) witch leaves me with a permanent disability.

c) This disability prohibits and or limits me from performing major life activities such as: over head work, extending my arms upward while lifting weight, reaching upward, looking up, driving in traffic, intimacy and many recreational activities.

d) My employer failed to honor my Doctors medical return to work restrictions. The company human resources manager, my department manager and supervisor all ignored my medical restrictions and refused to give me reasonable accommodations.

e) I reported my supervisor to human resources for improper remarks and statements he had made to me pertaining to my medical condition.

f) I was instructed by my manager and supervisor to submit original signed Doctors notes for an excused absence or I will be disciplined. Company policy says nothing of required notes.

g) I requested another position within the company and was denied.

(b) ☒   Grant such other relief as the Court may find appropriate.

(Plaintiff's signature) _____

(Plaintiff's name) DAVID KING

(Plaintiff's street address) 22001 Thyme Ln.

(City) Frankfort   (State) IL.   (ZIP) 60423

(Plaintiff's telephone number) (708) – 214-7565

EEOC Form 5 (5/01)

8/21/08

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 440-2008-03718 |

| Illinois Department Of Human Rights | and EEOC |
|---|---|

State or local Agency, if any

| Name (indicate Mr., Ms., Mrs.) | Home Phone (incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. David J. King | (708) 602-5422 | |

Street Address: 22001 Thyme Lane, Frankfort, IL 60423

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| PRAXAIR INC. | 201 - 500 | (203) 837-2276 |

Street Address: 7000 High Grove Blvd., Burr Ridge, IL 60527

| DISCRIMINATION BASED ON (Check appropriate box(es).) | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| ☐ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN<br>☒ RETALIATION ☐ AGE ☒ DISABILITY ☐ OTHER (Specify below.) | Earliest: 01-01-2004  Latest: 03-13-2008<br>☐ CONTINUING ACTION |

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was hired by the above named Respondent on or around April 30, 2001, and my current position is Technologist. Respondent has been made aware of my disabilities. I have been denied reasonable accommodations due to my disabilities. I made a protected complaint. I was subjected to different terms and conditions of employment. I was suspended. Since March 13, 2008, I have not been offered another position to return to work.

I believe that I have been discriminated against on the basis of my disability, in violation of the Americans with Disabilities Act of 1990. I also believe that I have been retaliated for engaging in a protected activity, in violation of the Americans with Disabilities Act of 1990.

I believe that I was retaliated against do to reporting a coworker that was violating company policy.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

X 4/5/08 [signature]
Date    Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)  APR 1 4 2008

EEOC Form 161 (2/08)     **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**     8/27/08

## DISMISSAL AND NOTICE OF RIGHTS

To: David J. King  
22001 Tyme Lane  
Frankfort, IL 60423

From: Chicago District Office  
500 West Madison St  
Suite 2000  
Chicago, IL 60661

Certified Mail 7099 3400 0014 4053 9396

[ ] On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 440-2008-03718 | Gloria M. Mayfield, Investigator | (312) 353-0906 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge.

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit must be filed <u>**WITHIN 90 DAYS**</u> of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred <u>more than 2 years (3 years)</u> before you file suit may not be collectible.**

On behalf of the Commission

_____      8/21/2008  
John P. Rowe,      (Date Mailed)  
District Director

Enclosures(s)

cc:    **PRAXAIR INC.**

## COURT COMPLAINT STATEMENT FACTS.

a) My employer has been aware of my disabilities, medical limits and restrictions.

b) I have been denied reasonable accommodations due to my disabilities.

c) I was subjected to different terms and conditions of employment.

d) I was suspended since March 07, 2008. I had requested and have not been offered another position to return to work.

e) I have been discriminated against, in violation of the Americans with Disabilities Act of 1990.

f) I was subjected to a hostile and discriminatory work environment.

g) I was retaliated against and threaten due to reporting a co-worker violating company policy.