# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Young B. Kim | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 5798 | **DATE** | February 6, 2013 |
| **CASE TITLE** | King vs. Praxair Inc. | | |

**DOCKET ENTRY TEXT**

Pursuant to the stipulation of dismissal with prejudice [80] filed on February 4, 2013, this case is hereby dismissed with prejudice. Civil case terminated. The status hearing scheduled for February 20, 2013, is cancelled.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | ma |
|---|---|---|